STATE v. BARNES

No. 146A94-2

Case below: Rowan County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Rowan County, allowed 2 March 2000 for the limited purpose of remanding to trial court for hearing of defendant's motion and send copy of letter to trial court.

STATE v. BLACKWELL

No. 567A99

Case below: 136 N.C.App. 729

Motion by Attorney General for temporary stay allowed 21 December 1999. Petition by Attorney General for writ of supersedeas allowed 21 December 1999. Motion by defendant to dismiss appeal denied 3 February 2000. Motion by defendant to dismiss appeal based upon dissent denied 2 March 2000.

STATE v. BOYD

No. 3P00

Case below: 136 N.C.App. 790

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. BOYD

No. 533P99

Case below: 135 N.C.App. 232

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.